UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE:                                                                           Case No: 10-10384 (MG)
ROBERTA C. YAFIE

                Debtor
-------------------------------------------------------X

## **STATUS REPORT**

       Now comes Narissa A. Joseph, ("Debtor's Counsel"), the Debtor's Counsel and files this Case Status Report and would show unto the Court the following:

       1.      Since the last confirmation hearing, Debtor's counsel, Debtor and Secured Lender's Counsel has negotiated an acceptable plan.

       2.      We have agreed upon adequate protection payments and time frame within which Debtor has to sell her residence.

       Wherefore, Debtor's Counsel prays that this Court adjourns the Debtor's confirmation hearing.

       Respectfully submitted this 21th Day of July , 2010.

                                                                           /s/ Narissa A. Joseph, Esq
                                                                           Law Office of Narissa A. Joseph
                                                                           277 Broadway, Suite 501
                                                                           New York, New York 10007
                                                                           (212) 233-3060