UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

IN RE:                                                    Case No: 10-10384 (SCC)
ROBERTA C. YAFIE

                        Debtor
------------------------------------------------------X

## <u>STATUS REPORT</u>

       Now comes Narissa A. Joseph, ("Debtor's Counsel"), the Debtor's Counsel and files this Case Status Report and would show unto the Court the following:

     1.     Since the last confirmation hearing, Debtor's counsel, Debtor and Secured Lender's Counsel has negotiated an acceptable plan.

     2.     The third amended plan was filed and served upon the Debtor's creditors.

     3.     Debtor paid $500.00 to the Chapter 13 Trustee. (Attached herewith is a copy of the money order Debtor mailed to the trustee). Debtor admits that she is two payments behind with her trustee payments but will bring her trustee payment current by the 2nd of October. During the past few months, Debtor's payment to her month medication has increased and her food stamps were terminated.

     4.     Debtor made her adequate protection payment to the mortgage company.

       Wherefore, Debtor's Counsel prays that this Court adjourns the Debtor's confirmation hearing to allow the Debtor to bring her trustee payment current.

       Respectfully submitted this 10th Day of September , 2010.

                                             /s/ Narissa A. Joseph, Esq
                                             Law Office of Narissa A. Joseph
                                             277 Broadway, Suite 501
                                             New York, New York 10007
                                             (212) 233-3060