UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:
ROBERTA C. YAFIE

Case No: 10-10384 (SCC)

Debtor
------------------------------------------------------------X

## STATUS REPORT

Now comes Narissa A. Joseph, ("Debtor's Counsel"), the Debtor's Counsel and files this Case Status Report and would show unto the Court the following:

1. Since the last confirmation hearing, Debtor's counsel, Debtor and Secured Lender's Counsel has negotiated an acceptable plan.

2. The third amended plan was filed and served upon the Debtor's creditors.

3. Debtor paid $500.00 to the Chapter 13 Trustee. (Attached herewith is a copy of the money order Debtor mailed to the trustee). Debtor admits that she is two payments behind with her trustee payments but will bring her trustee payment current by the 2nd of October. During the past few months, Debtor's payment to her month medication has increased and her food stamps were terminated.

4. Debtor made her adequate protection payment to the mortgage company.

Wherefore, Debtor's Counsel prays that this Court adjourns the Debtor's confirmation hearing to allow the Debtor to bring her trustee payment current.

Respectfully submitted this 10th Day of September, 2010.

/s/ Narissa A. Joseph, Esq
Law Office of Narissa A. Joseph
277 Broadway, Suite 501
New York, New York 10007
(212) 233-3060



**CUSTOMER'S RECEIPT**

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to: EASTERN SAVINGS BANK  Address: EXEC. PLAZA 2, 11350 MC CORMICK RD, SUITE 200  HUNT VALLEY MD 21031  ATTN: TERRY BROWN, SENIOR ASSET MANAGER | KEEP THIS RECEIPT FOR YOUR RECORDS |

**NOT NEGOTIABLE**

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 18141137728 | 2010-09-01 | 100101 | $200.00 | 0010 |

---

**POSTAL MONEY ORDER**

Serial Number: 18141137728
Year, Month, Day: 2010-09-01
Post Office: 100101
U.S. Dollars and Cents: $200.00
Amount: TWO HUNDRED DOLLARS & 00c
Clerk: 0010

Pay to: EASTERN SAVINGS BANK
Address: EXECUTIVE PLAZA 2
1350 MCCORMICK RD
SUITE 200
HUNT VALLEY MD 21031
ATTN: TERRY BROWN
Memo: AUG. PAYMENT

From: ROBERTA C YAFIE
Address: 145 E 15th ST #11T
NY NY 10003

SEE REVERSE WARNING — NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000000800⑆ 18141137728⑈

# USTOMER'S RECEIPT

**UNITED STATES POSTAL SERVICE**

## CUSTOMER'S RECEIPT

OK OF THIS RECEIPT
APORTANT CLAIM
#FORMATION

**NOT NEGOTIABLE**

Serial Number: **13413430051**

Pay to: JEFFREY L SAPIR, CH. 13 - TRUSTEE
Address: 399 KNOLLWOOD RD
City: WHITE PLAINS  State: NY  Zip: 10603  B/S CASH'D 10-10.384 SCC

Year, Month, Day: 2010-09-08
Post Office: 100101
Amount: $500.00
Clerk: 0027

## POSTAL MONEY ORDER

Year, Month, Day: 2010-09-08
Post Office: 100101
Amount: $500.00
Clerk: 0027

Amount: **FIVE HUNDRED DOLLARS & 00¢** ******************* **$500.00**

From: ROBERTA C YAFFE
Address: 145 E 15th ST #11T
City: NY  State: NY  Zip: 10003

JEFFREY L SAPIR
399 KNOLLWOOD RD
TE PLAINS NY 10603-
CH 13 PAYMENTS
CASE # 10-10384 SCC

⑈00000800 2⑈  ⑈ 18141143051⑈

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
KEEP THIS RECEIPT FOR YOUR RECORDS