UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:
:
:
    **Roberta C. Yafie**                 :         Chapter 13
                                      :         Case No. 10-10384 (SCC)

                     Debtor          :
---------------------------------------------------------------x

## ORDER REGARDING THIS CHAPTER 13 CASE FUTURE

## PROCEEDINGS

      This case came on for hearing before the Court on **September 16, 2010**. Based on the pleadings on file, and the issues raised during the hearing, the Court hereby directs that the Debtor or, if the Debtor is represented by counsel, Debtor's counsel, do the following (for each item checked below):

      __ 1. File an amended chapter 13 plan (if you are able) on the form approved by the Court ("Model Chapter 13 Plan") on or before _____, 2010.

      __ 2. Serve the plan or amended plan on all creditors more than 28 days, plus 3 additional days if service is by mail, before confirmation hearing and file certificate of service as required by Bankruptcy Rule 2002(b) and Local Bankruptcy Rules 3015-1(c) and 9078-1.

      __ 3. File all missing schedules on or before _____, 2010.

      __ 4. Provide the Chapter 13 Trustee with copies of all missing documents (as identified by the Trustee) on or before _____, 2010.

      __ 5. Debtor to appear at the Section 341 meeting on _____, 2010.

      __ 6. File all delinquent operating reports on or before _____, 2010.

__ 7. File objections to claims # _____ on or before _____, 2010 and properly notice the objections for hearing on _____, 2010.

**_X_ 8. File a written status report with the Court addressing the status of all open issues in this case on or before November 10, 2010.**

**_X_ 9. Appear at an adjourned confirmation (or other) hearing scheduled for November 18, 2010, at _X_ 10:00 a.m. or __ 2:00 p.m. Debtor's appearance at the adjourned hearing is __ required, or _X_ excused.**

Failure to comply with any provision in this Order may result in dismissal of this case, or the imposition of sanctions against the Debtor or Debtor's counsel as may be appropriate in the circumstances.

**IT IS SO ORDERED.**

DATED: September 27, 2010
New York, New York

_____/s/Shelley C. Chapman_____
Honorable Shelley C. Chapman
United States Bankruptcy Judge