UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

IN RE:                                          Case No: 10-10384 (SCC)
ROBERTA C. YAFIE


                Debtor
------------------------------------------------------X

## STATUS REPORT

       Now comes Narissa A. Joseph, ("Debtor's Counsel"), the Debtor's Counsel and files this Case Status Report and would show unto the Court the following:

1.     Since the last confirmation hearing, I have been attempting to reach out to the Debtor regarding amending her plan and resolving the Chapter 13 Trustee's concern with no avail until November 15, 2010.

2.     On November 15, 2010, I finally spoke with the Debtor who advised me that she has a blood clot in her leg and is suffering from "severe depression."

3.     Debtor informed me that she was unable to the pay the trustee and mortgagee because she had to pay her medical bills.

4.     Since the last hearing I was contacted by the attorney for Debtor's storage unit regarding adequate protection. I am still awaiting a response from Debtor regarding her intentions as to the unit. Again, Debtor reminded me that she has a lot of medical issues which has been preoccupying her time and energy.

5.     I am still awaiting evidence of Debtor's medical condition and listing agreement for Debtor's principal residence.

6.     On November 16, 2010, I was informed by the Debtor that she is scheduled for surgery on November 18, 2010.

7.     Debtor wants the Court to adjourn the confirmation hearing because of her medical condition.

       Wherefore, Debtor's Counsel prays that this Court adjourns the Debtor's confirmation hearing to allow the Debtor to bring her trustee payment current.

       Respectfully submitted this 10th Day of September , 2010.

                          /s/ Narissa A. Joseph, Esq
                          Law Office of Narissa A. Joseph
                          277 Broadway, Suite 501
                          New York, New York 10007
                          (212) 233-3060