## LAW OFFICE OF

# NARISSA A. JOSEPH

277 Broadway, Suite 501
New York, NY 10007

Tel. (212) 233-3060 • Fax (212) 608-0304

Email: njosephlaw@aol.com • www.njlegaloffices.com

Admitted in NY & NJ

November 17, 2010

Chambers, Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green, 6th Floor
New York, New York 10004
    Attn: Tracey Mercado

    Re:    Roberta C. Yafie
            Case No: 10-10384-SCC
            Confirmation Hearing

Dear Mrs. Mercado:

    As per our telephonic conversation the confirmation hearing in the above-mentioned case scheduled for November 17, 2010 has been adjourned to December 9, 2010 at 10:00 am.

    If you have any questions, please feel free to contact me.

                                            Very truly yours,

                                            NARISSA A. JOSEPH