# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Roberta C. Yafie | CASE NO.: 10–10384–scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–3164 | CHAPTER: 13 |

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Shelley C. Chapman in this Chapter 13 case.

Roberta C. Yafie was dismissed from the case on January 20, 2011 .

Dated: January 20, 2011                    Vito Genna
                                           Clerk of the Court